UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL BELTRAN, an individual,<br><br>        Plaintiffs,<br><br>   v.<br><br>U.S. FOODSERVICE, INC., a Delaware Company; and DOES 1 through 25, inclusive,<br><br>        Defendants. | Case No. 5:25-cv-00920-EKL<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)-(B)**<br><br>Complaint Filed:  December 26, 2024<br>Removal Filed: January 28, 2025 |

# [PROPOSED] ORDER

In consideration of the Parties' Joint Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B), and for good cause shown, it is hereby ordered that the above-captioned lawsuit is DISMISSED IN ITS ENTIRETY WITH PREJUDICE.  Each party will bear its own fees and costs.

**IT IS SO ORDERED.**

DATED:__April 3, 2026_____        _____

Honorable Eumi K. Lee
United States District Court Judge

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
#90893936v1<SEY1> - Guerrero/Rios - (Proposed) Order Granting Joint Stipulation o...docx